COOLEY LLP
PATRICK P. GUNN (172258) (pgunn@cooley.com)
CHARLES M. SCHAIBLE (173107) (cschaible@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiffs
YES TO, LTD. and YES TO, INC.

***E-FILED - 7/29/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YES TO, LTD., an Israeli corporation, and YES TO, INC., an Illinois corporation, and YES TO, INC., a Delaware corporation,

Plaintiffs,

v.

URI BEN HUR, an individual, and THE SEVENTH MILLENNIUM, LTD., an Israeli corporation,

Defendants.

Case No. C 10-01541 RMW/PVT

**ORDER GRANTING**

**REQUEST BY COUNSEL FOR PLAINTIFF TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE**

Date: July 30, 2010
Time: 10:30 a.m.
Location: Courtroom 6, 4th Floor
Judge: Hon. Ronald M. Whyte

Pursuant to Civil Local Rule 16-10, counsel for Plaintiff Yes To Ltd., and Yes To, Inc. hereby respectfully requests to appear at the July 30, 2010, 10:30 a.m. initial case management conference by telephone. Charles M. Schaible of Cooley LLP will represent Plaintiff at the initial case management conference. His direct dial telephone number is (415) 693-2101.

Dated: July 19, 2010

COOLEY LLP
PATRICK P. GUNN (172258)
CHARLES M. SCHAIBLE (173107)

/s/ Charles M. Schaible
Charles M. Schaible
Attorneys for Plaintiffs YES TO, LTD. and YES TO, INC.

UNITED STATES DISTRICT COURT
GRANTED
Ronald M. Whyte
Judge Ronald M. Whyte
NORTHERN DISTRICT OF CALIFORNIA

Dated: 7/29/10