1 | Micha "Mitch" Danzig (SBN 177923)
mdanzig@mintz.com
2 | Susie S. Yoo (SBN 243630)
ssyoo@mintz.com
3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
4 | San Diego, CA 92130
Telephone:  (858) 314-1500
5 | Facsimile:   (858) 314-1501

6 | Attorneys for Defendants URI BEN HUR and
THE SEVENTH MILLENNIUM, LTD.
7 |
COOLEY LLP
8 | PATRICK P. GUNN (172258)
pgunn@cooley.com
9 | CHARLES M. SCHAIBLE (173107)
cschaible@cooley.com
10 | 101 California Street; 5th Floor
San Francisco, CA 94111-5800
11 | Telephone:  (415)693-2000
Facsimile:   (415) 693-2222
12 |
Attorneys for Plaintiffs
13 | YES TO, LTD. and YES TO, INC.

*E-FILED - 1/6/11*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YES TO, LTD., an Israeli corporation, and<br>YES TO, INC., an Illinois corporation, and<br>YES TO, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>URI BEN HUR, an individual, and THE SEVENTH MILLENIUM, LTD., an Israeli corporation,<br><br>　　　　　Defendants. | **Case No.:  C10 1541 RMW PVT**<br><br>**STIPULATION TO CONTINUE DATES RELATED TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT & ORDER**<br><br>Judge:  Honorable Ronald M. Whyte<br>Courtroom:  6<br><br>No hearing requested<br><br>Action Filed:     April 9, 2010<br>Trial Date:        Not Set |

C10 1541 RMW PVT

Pursuant to Local Rule 6-1 and the agreement of the parties herein, plaintiffs and defendants have agreed, subject to Court approval, to continue all dates related to plaintiffs' pending motion for default judgment by **one week** in this action because should the Court grant defendants' motion to set aside entry of default – scheduled to be heard this Friday, January 7, 2011 – plaintiffs' motion for default judgment will be rendered moot. The parties request the entry of an order in substantially the form attached hereto as Exhibit A.

WHEREAS defendants' have filed a motion to set aside entry of default scheduled to be heard by the Court this Friday, January 7, 2011;

WHEREAS plaintiffs' motion for default judgment is scheduled to be heard on January 28, 2011 and defendants' opposition to that motion is due January 7, 2011;

WHEREAS should the Court grant defendants' motion to set aside entry of default judgment, plaintiffs' motion for default judgment will be rendered moot;

WHEREAS, should the parties be forced to brief plaintiffs' motion for default judgment but the Court grants defendants' motion to set aside entry of default on January 7, 2011, it would result in an unreasonable waste of the parties' and the Court's resources;

THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadlines related to the motion for default judgment be extended by **one week** as follows:

(a) The deadline for defendants' opposition to plaintiffs' motion for default judgment, currently set for January 7, 2011, shall be continued to **January 14, 2011**;

(b) The deadline for plaintiffs' reply in support of its motion for default judgment, currently set for January 14, 2011, shall be continued to **January 21, 2011**;

(c)   The hearing date for plaintiffs' motion for default judgment, currently set for January 28, 2011, shall be continued to **February 4, 2011**.

Dated:  January 4, 2011                    Respectfully submitted,

                                             MINTZ, LEVIN, COHN, FERRIS,
                                             GLOVSKY AND POPEO, P.C.

                                             s/Susie S. Yoo
                                             Micha "Mitch" Danzig
                                             Susie S. Yoo
                                             Attorneys for Defendants
                                             URI BEN HUR and THE SEVENTH
                                             MILLENNIUM, LTD.
.

                                             COOLEY LLP
                                             PATRICK P. GUNN
                                             CHARLES M. SCHAIBLE

                                             /s/ Charles M. Schaible
                                             Charles M. Schaible
                                             Attorneys for Plaintiffs
                                             YES TO, LTD. and YES TO, INC.

5278854v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**ORDER**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YES TO, LTD., an Israeli corporation, and<br>YES TO, INC., an Illinois corporation, and<br>YES TO, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>URI BEN HUR, an individual, and THE SEVENTH MILLENIUM, LTD., an Israeli corporation,<br><br>                    Defendants. | **Case No.:  C10 1541 RMW PVT**<br><br>**[] ORDER ON THE PARTIES' STIPULATION TO CONTINUE DATES RELATED TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Judge:  Honorable Ronald M. Whyte<br>Courtroom:  6<br>No hearing requested<br><br>Action Filed:      April 9, 2010<br>Trial Date:         Not Set |

The parties' stipulation to continue by one week all dates related to plaintiffs' motion for default judgment in the above-captioned case has come before the Court pursuant to Local Rule 6-1 and the agreement of the parties herein.  The Court, having read and considered the stipulation, and having found good cause shown to continue dates related to plaintiffs' motion for default judgment considering defendants' motion to set aside entry of default will be heard this Friday, January 7, 2011:

　　　　NOW, THEREFORE, ORDERS THAT:

　　　　1.　　The stipulation is approved in all respects.

[] ORDER                                                                                              C10 1541 RMW PVT

2. The deadline for defendants' opposition to plaintiffs' motion for default judgment, currently set for January 7, 2011, shall be continued to **January 14, 2011**;

3. The deadline for plaintiffs' reply in support of its motion for default judgment, currently set for January 14, 2011, shall be continued to **January 21, 2011**;

4. The hearing date for plaintiffs' motion for default judgment, currently set for January 28, 2011, shall be continued to **February 4, 2011**.

IT IS SO ORDERED.

Dated: January __6__, 2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

5278854v.1