**E-FILED on** __1/7/2011__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YES TO, LTD., an Israeli corporation, and YES TO, INC., an Illinois corporation, and YES TO, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>URI BEN HUR, a individual, and THE SEVENTH MILLENNIUM, LTD., an Israeli corporation,<br><br>　　　　Defendants. | No. C-10-01541 RMW<br><br>ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>**[Re Docket Nos. 21, 26]** |

Defendants' motion to set aside entry of default came on for hearing before the court on January 7, 2011. Having considered the papers submitted by the parties and the oral arguments of counsel, and for the reasons set forth below, the court grants the motion to set aside default. The court hereby orders that:

1. the entry of default against defendants entered on September 16, 2010 be set aside;

2. plaintiffs' pending motion for default judgment (Dkt. No. 21) is rendered moot;

3. defendants have twenty one days following the date of this order to respond to plaintiffs' complaint; and

ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT—No. C-10-01541 RMW
JLR

4. plaintiffs are to be compensated for costs through the entry of default. Plaintiffs have ten days following the date of this order to file an application for fees. Defendants have five days following the date of plaintiffs' application to respond.

DATED: 1/7/2011

RONALD M. WHYTE
United States District Judge