*E-FILED - 2/7/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YES TO, LTD., an Israeli corporation, and<br>YES TO, INC., an Illinois corporation, and<br>YES TO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>URI BEN HUR, an individual, and THE SEVENTH MILLENNIUM, LTD., an Israeli corporation,<br><br>Defendants. | Case No.: C10 1541 RMW PVT<br><br>[xxxxxxxxxxxx] ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT BY FIVE (5) DAYS |

Having considered the Joint Stipulation to Extend Time for Defendants to Respond to the Complaint by Five (5) Days and good cause appearing therefore,

The Joint Stipulation is hereby GRANTED and Defendants' response to Plaintiffs' Complaint shall be filed and served on or before February 2, 2011.

Dated: 2/7/11

*Ronald M. Whyte*
Honorable Ronald M. Whyte