**United States District Court**
**For the Northern District of California**

E-FILED on  3/25/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YES TO, LTD., an Israeli corporation, and YES TO, INC., an Illinois corporation, and YES TO, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>URI BEN HUR, a individual, and THE SEVENTH MILLENNIUM, LTD., an Israeli corporation,<br><br>Defendants. | No. C-10-01541 RMW<br><br>ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND<br><br>**[Re Docket No. 51]** |

    Defendants Uri Ben Hur ("Ben Hur") and The Seventh Millennium, Ltd. ("7M") filed an ex parte motion to extend time to answer or otherwise respond to the Complaint by fourteen days.  The motion is granted, and defendants' answer or response is due on or before April 11, 2011.  The court will not, however, entertain further requests from defendants for additional time.

DATED:       3/25/2011                           _Ronald M. Whyte_
                                                                             RONALD M. WHYTE
                                                                            United States District Judge